

# RAVEN & KOLBE, LLP
## ATTORNEYS AT LAW

126 EAST 56TH STREET
SUITE 202
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 759-7466
FACSIMILE: (212) 759-0166
www.ravenkolbe.com

March 3, 2020

Via- ECF
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Magistrate Judge Steven Tiscione

Re:   SEMYON GRINBLAT v. RITE AID DRUG PALACE, INC., et al.
      United States District Court for the Eastern District of New York
      Case No. 19-cv-7015-CBA-ST
      Our File No.: 904-516-01

Dear Honorable Magistrate Judge Tiscione:

This is a joint letter respectfully submitted to the court to advise that Plaintiff and Defendant, Rite Aid Drug Palace, Inc. have entered into a settlement agreement resolving this matter but only as to Rite Aid Drug Palace, Inc. The settlement agreement is confidential. The parties will be submitting a stipulation of dismissal upon compliance with the terms of the settlement agreement.

Plaintiff will be continuing the case as to all remaining Defendants.

No other parties have yet appeared on this case and we would respectfully request that the settlement conference scheduled for March 5, 2020 be canceled.

We thank Your Honor for your time and attention to this matter.

Respectfully Submitted,

RAVEN & KOLBE, LLP

Keith A. Raven

cc. Michael Grinblat, Esq.