**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**WALGREEN EASTERN CO., INC., WALGREEN CO., LOIS WITKOFF, MARTIN BIRNBAUM, JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | **STIPULATION OF DISMISSAL OF WALGREEN EASTERN CO., INC. AND WALGREEN CO. WITH PREJUDICE**<br><br>CASE NO.: 19-cv-7015-CBA-ST |

IT IS HEREBY STIPULATED AND AGREED by, and between, the undersigned attorneys of record for Plaintiff, SEMYON GRINBLAT, and Defendants, WALGREEN EASTERN CO., INC. and WALGREEN CO. ("Defendants"), in the above-captioned action, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the action against Defendants is hereby dismissed with prejudice, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii). Only the two defendants, WALGREEN EASTERN CO., INC. and WALGREEN CO., are hereby dismissed from the action.

| | |
|---|---|
| Signed: May 27, 2020 | Signed: May 27, 2020 |
| *Michael Grinblat* | *Erik Mass* |
| Michael Grinblat, Esq. (4159752) | Erik Mass, Esq. |
| Attorney for Plaintiff<br>SEMYON GRINBLAT | Attorneys for Defendants<br>WALGREEN EASTERN CO., INC. and WALGREEN CO. |
| Law Offices of Michael Grinblat | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 10 East 39th Street, 12th Floor<br>New York, NY 10016<br>Tel: (347) 796-0712<br>Fax: (212) 202-5130<br>Email: michael.grinblatesq@gmail.com | 599 Lexington Avenue, 17th Floor<br>New York, NY 10022<br>Tel: (212) 492-2517<br>Fax: (212) 492-2501<br>Email: erik.mass@ogletree.com |

**SO ORDERED:**

_____
Carol Bagley Amon,
U.S. District Court Judge

2