# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **THE WITKOFF GROUP LLC**, **LOIS WITKOFF**, **MARTIN BIRNBAUM**, **JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies**, **Partnerships**, **Corporations 1-X**, entities yet unknown, | **CASE NO.: 19-cv-7015-CBA-ST** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for SEMYON GRINBLAT (the "Plaintiff") on the one hand, and THE WITKOFF GROUP LLC, LOIS WITKOFF, and MARTIN BIRNBAUM (collectively, the "Defendants"), on the other hand, that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This stipulation may be signed in counterparts.

1

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

| | |
|---|---|
| Dated: October 23, 2020 | Dated: October 23, 2020 |
| Signed: | Signed: |
| *Michael Grinblat* | *Maryann C. Hedge* |
| Michael Grinblat, Esq. (4159752) | Maryann C. Stallone, Esq. |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| SEMYON GRINBLAT | THE WITKOFF GROUP LLC, |
| | LOIS WITKOFF, and |
| | MARTIN BIRNBAUM |
| Law Offices of Michael Grinblat | Tannenbaum Helpern Syracuse & Hirschtritt LLP |
| 10 East 39th Street, 12th Floor | 900 Third Avenue |
| New York, NY 10016 | New York, NY 10022 |
| Tel: (347) 796-0712 | Telephone: (212) 508-6741 |
| Email: michael.grinblatesq@gmail.com | Fax: (212) 371-1084 |
| | Email: stallone@thsh.com |

**SO ORDERED:**

_____
Carol Bagley Amon,
U.S. District Court Judge